No. 71–1624. Lewis v. Strachan Shipping Co. et al., *ante,* p. 887;

No. 71–6260. MacLeod v. Slayton, Penitentiary Superintendent, *ante,* p. 853;

No. 71–6536. Guy v. United States, *ante,* p. 896;

No. 71–6564. Newell v. Bohannon, U. S. District Judge, *ante,* p. 823; and

No. 71–6907. Watson v. Stynchcombe, Sheriff, *ante,* p. 873. Petitions for rehearing denied.

No. 71–1218. Holmes et al. v. United States, 407 U. S. 909. Motion to dispense with printing motion for leave to file petition for rehearing granted. Motion for leave to file petition for rehearing denied.

NOVEMBER 10, 1972

No. A–444. Popkin v. United States. C. A. 1st Cir. Application for stay presented to Mr. Justice Brennan, and by him referred to the Court, denied. Mr. Justice Douglas would grant the stay.

NOVEMBER 13, 1972

No. 72–104. Kaplan et al. v. Milliken, Judge, et al. Affirmed on appeal from D. C. W. D. Ky.

No. 72–246. Interstate Commerce Commission v. IML SeaTransit, Ltd., et al. Affirmed on appeal from D. C. N. D. Cal. Mr. Justice Douglas, Mr. Justice White, and Mr. Justice Rehnquist would note prob-